B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Papp, David Joe | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Papp, Mary Margaret |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>fdba Southern Performance Enterprises, Inc., Straw Boss<br>Enterprises, Inc., and Southern Performance Brokerage, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Meg M. Papp<br>fdba Alcar Adventures, Inc. |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  3806 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  5607 |
| Street Address of Debtor (No. and Street, City,  and State)<br>6020 Summer Circle<br>Dawsonville, Georgia<br>ZIPCODE  30534 | Street Address of Joint Debtor (No. and Street, City, and State)<br>6020 Summer Circle<br>Dawsonville, Georgia<br>ZIPCODE  30534 |
| County of Residence or of the Principal Place of Business:<br>Forsyth | County of Residence or of the Principal Place of Business:<br>Forsyth |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other    Transportation | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main  Proceeding<br><br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests: _____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: _____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or<br>household purpose."     ☑ Debts are<br>primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form  3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter).*<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with  11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 20, 2015, at 16:35:38 - 31381-301X-***** - PDF-XChange 4.0

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> David Joe Papp & Mary Margaret Papp |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:    NONE | Case Number: | Date Filed: |
| Location Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>       Signature of Attorney for Debtor(s)          Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): David Joe Papp & Mary Margaret Papp |
|---|---|

## Signatures

<table>
<tr><td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ David Joe Papp
 Signature of Debtor

X  /s/ Mary Margaret Papp
 Signature of Joint Debtor

 Telephone Number (If not represented by attorney)

 07/09/2015
 Date

</td><td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

 _____
 (Printed Name of Foreign Representative)

 _____
 (Date)

</td></tr>
<tr><td>

### Signature of Attorney*

X  /s/ Elizabeth A. Stuhldreher
 Signature of Attorney for Debtor(s)

 ELIZABETH A. STUHLDREHER 690147
 Printed Name of Attorney for Debtor(s)

 Law Offices of Elizabeth A. Stuhldreher
 Firm Name

 117 1/2 Bradford St. SE, Suite 4
 Address

 Gainesville, GA  30501

 770-532-8244    estuhldreher@aol.com
 Telephone Number              e-mail

 07/09/2015
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td><td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 _____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

 _____
 Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

 _____
 Address

 _____

X _____

 _____
 Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td></tr>
<tr><td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual

 _____
 Printed Name of Authorized Individual

 _____
 Title of Authorized Individual

 _____
 Date

</td><td></td></tr>
</table>

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Georgia**

In re David Joe Papp & Mary Margaret Papp _____    Case No._____
          Debtor(s)                                                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) — Cont.                                                                 Page 2

❒ 3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

  ❒  Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ David Joe Papp_____
                                          DAVID JOE PAPP

                                  07/09/2015
                    Date:  _____

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Georgia**

In re David Joe Papp & Mary Margaret Papp
_____     Case No._____
          Debtor(s)                            (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                              Page 2

❒  3.   I certify that I requested credit counseling services from an approved agency but
was unable to obtain the services during the seven days from the time I made my request, and the
following exigent circumstances merit a temporary waiver of the credit counseling requirement
so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days after you file your bankruptcy petition and
promptly file a certificate from the agency that provided the counseling, together with a
copy of any debt management plan developed through the agency.  Failure to fulfill these
requirements may result in dismissal of your case.  Any extension of the 30-day deadline
can be granted only for cause and is limited to a maximum of 15 days. Your case may also
be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

❒  4.   I am not required to receive a credit counseling briefing because of: *[Check the
applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
illness or mental deficiency so as to be incapable of realizing and making rational
decisions with respect to financial responsibilities.);
    ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the
extent of being unable, after reasonable effort, to participate in a credit counseling
briefing in person, by telephone, or through the Internet.)**;**
    ❒  Active military duty in a military combat zone.

❒  5. The United States trustee or bankruptcy administrator has determined that the credit
counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and
correct.**

Signature of Joint Debtor:_____/s/ Mary Margaret Papp_____

                      MARY MARGARET PAPP

Date: _____07/09/2015_____

2K Transportation
592 Creek Valley Ct
Stockbridge, GA  30281


3D Recreation, LLC
10142 Brooks School Rd
Suite 196/200
Fishers, IN  46037


A&R Express
12645 Tierra Coral Ct
El Paso, TX  79938


AA Cargo Express
2821 Mountberry Dr
Snellville, GA  30039


AA&TA
828 Hampton Way
Canton, GA  30115


Advance Business Capital
P. O. Box 610028
Dallas, TX  75261


Allway Express
4616 PVT Rd 5123
Willow Springs, MO  65793


American Coradius Int'l LLC
2420 Sweet Home Rd, Suite 150
Amherst, NY  14228-2244


American Insterstate Ins. Co.
P. O. Box 1570
Derrider, LA  70634


American Medical Response
1901 W. 10th St.
Antioch, CA  94509

Amsher Receivables Mgmt
600 Beacon Pkwy West
Suite 300
Birmingham, AL  35209


Amway Transport
2100 S. Great Southwest Pkwy
Suite 308
Grand Prairie, TX  75051


Anderson, McCoy & Orta PC
100 North Broadway, Suite 2600
Oklahoma City, OK  73102


Apex Capital Corp
P. O. Box 961029
Ft. Worth, TX  76161


Apex Capital Group
P. O. Box 961029
Ft. Worth, TX  76161


Apex Capital Group
P. O. Box 961029
Ft. Worth, TX  76161


Arthur Express
10352 Lake Bluff Dr
St. Louis, MO  63123


AST Inc of Illinois
745 Birginal Dr Suite E
Bensenville,  IL  60106


ATIC Enterprises
130 Dishman Lane
Bowling Green, KY  42101


ATL Worldwide LLC
P. O. Box 492852
Lawrenceville,  GA  30049

Atlanta Tire Specialist
75 Pinyon Rd
Covington, GA 30016

Atlanta Transit
c/o AR & Collections
P. O. Box 27405
Salt Lake City, UT 84127

Bald Ridge Marina
P. O. Box 836
Cumming, GA 30028

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank of America
P.O. Box 21846
Greensboro, NC 27420

Bank of America
P.O. Box 2284
Brea, CA 92822

Bay Area Credit Service
P. O. Box 467600
Atlanta, GA 31146

BCP Transportation
One Golf Drive
Deerfield, WI 53531

Bentex Services
P. O. Box 111807
Nashville, TN 37222

Brent McCaghren Transport
855 Lovvorn Mill Rd
Bowden, GA 30108

Capital One
P. O. Box 30281
Salt Lake City, UT  84130

Capital One Bank
P.O. Box 30281
Salt Lake City, UT  84130

Capital One Bank
P.O. Box 30281
Salt Lake City, UT  84130

Capital Partners Funding, LLC
dba Freight Capital
P. O. Box 2642
Carlsbad, CA  92018

CBA of Georgia Inc
64 Sailors Drive Suite 102
Ellijay,  GA  30540

Chase Card Services
P. O. Box 15298
Wilmington, DE  19850

Chase Card Services
P. O. Box 15298
Wilmington, DE  19850

Children's Healthcare of Atlanta
P.O. Box 3475
Toledo, OH  43607

Citi Cards/Citibank
P.O. Box 6241
Sioux Falls, SD  57117

Citi Cards/Citibank
P.O. Box 6241
Sioux Falls, SD  57117

Clayton D. Moseley
Frederick J. Hanna & Associates
1427 Roswell Road
Marietta, GA 30062


Collection Services of Athens
110 Newton Bridge Rd
Bldg A
Athens, GA 30607


Complexity, Inc.
9756 Ivanhoe Ave
Schiller Park, IL 60176


Crestmark TPG LLC
P. O. Box 782348
Franklin, TN 37068-2348


Czosmar Trucking
9105 S. Roberts Rd
Apt. 3B
Hickory Hills, IL 60457


Dawson County Tax Commissioner
25 Justice Way, Suite 1222
Dawsonville, GA 30534


Dean and Diane Pricket
2563 Drayton Rd
Montezuma, GA 31063


Delta Transport
8978 Radiom Dr
St. Louis, MO 63123


Diesel Transportation, LLC
4514 Chamblee-Dunwoody Rd
Suite 451
Atlanta, GA 30338


Downey Trees, Inc.
5055 Shadburn Rd
Cumming, GA 30041

E-Transport Carriers
Dept. 0591
P. O. Box 850001
Orlando, FL  32885


Emory University Hospital Midtown
4901 Olde Town Parkway
Suite 150
Marietta, GA  30068


Emory University Hospital Midtown
P. O. Box 2265
Norcross, GA  30091


EMS Ventures, Inc.
P. O. Box 911203
Dallas, TX  75391


Fast-Track Cargo
1440 S. Michigan Ave
Suite 412
Chicago, IL  60605


Financial Corporation of America
P. O. Box 203500
Austin, TX  78720


Fishka
11770 Haynes Bridge Road
Suite 205-317
Alpharetta, GA  30009


Fleet One Factoring
P.O. Box 102970
Atlanta, GA  30368


Forsyth County Tax Commissioner
1092 Tribble Gap Road
Cumming, GA  30040


Forsyth County Tax Commissioner
1092 Tribble Gap Road
Cumming, GA  30040

Forsyth County Tax Commissioner
1092 Tribble Gap Road
Cumming, GA   30040


Gainesville Radiology Group
1250 Jesse Jewell Pkwy
Suite 500
Gainesville,  GA   30501


Georgia Dept. of Revenue
P.O. Box 161108
Atlanta, GA   30321


Georgia Dept. of Revenue
P.O. Box 161108
Atlanta, GA   30321


Georgia Dept. of Revenue
P.O. Box 161108
Atlanta, GA   30321


Gifford, Hillegass & Ingwersen PC
nka Warren Averett
Six Concourse Parkway
Suite 600
Atlanta,  GA   30328


Graceful Touch Carriers
P.O. Box 459
Redan, GA   30074


GTS
2750 Winter Park Ct
Houston, TX   77067


GTS Transportation
671 Executive Dr
Willowbrook, IL   60527


Haas Express
595 E. Gundersen Drive #503
Carol Stream, IL   60188

```
Internal Revenue Service
ACS Support - Stop 813G
P. O. Box 145566
Cincinnati, OH   45250


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346


JDB Trucking
900 Sweet Mill Lane
Lawrenceville,  GA  30045
```

Joel E. Schancupp
1360 Upper Hembree Road, Suite 200
Roswell, GA  30076


Katherine M. Silverman
Hartman, Simons & Wood, LLP
6400 Powers Ferry Road, NW
Suite 400
Atlanta, GA  30339


Kings of Kings Trucking
1117 Lakehill Rd
Charlotte, NC  28214


Koli Transport
P. O. Box 961029
Ft. Worth, TX  76161


Kose Carriers
c/o Apex Capital
P. O. Box 961029
Ft. Worth, TX  76161


LD Express
c/o Riviera Finance
P. O. Box 202487
Dallas, TX  75320


Liberty Express
P. O. Box 888
Granite Falls, NC  28630


MCR Trans
c/o Compass Funding Solutions, LLC
P. O. Box 150591
Ogden, UT  84415


Medallion Transport
307 Oates Rd, Suite H
Mooresville, NC  28117

Medical Data Systems, Inc.
2001 9th Ave Suite 312
Vero Beach, FL  32960


Medical Review Services
P.O. Box 938
Vero Beach,  FL  32961


MHC Kenworth - Charlotte
230 E. Westinghouse Blvd
Charlotte, NC  28273


Morgan Southern
Howe Law Firm PC
4385 Kimball Bridge Rd, Suite 100
Alpharetta,  GA  30022


MT Transport
P. O. Box 14134
Augusta,  GA  30919


National Bankers Trust
P. O. Box 1752
Memphis, TN  38101


NCO Financial Systems
507 Prudential Road
Horsham, PA  19044


NLK, LLC
1129 College St.
Bowling Green, KY  42101


North American Transport Services
7550 W. 2nd Ct
Hialeah,  FL  33014


Northeast Georgia Medical Center
P.O. Box 741891
Atlanta,  GA  30374

Orange Commercial Credit
P. O. Box 11099
Olympia, WA  98508


Patterson Freight
c/o Rauch-Milliken International
P.O. Box 8390
Metarie, LA  70011


Preferred Transport
P. O. Box 44223
Atlanta, GA  30336


Pro Express SAS
3331 Emerson St.
Franklin Park, IL  60131


Quality Hay & Straw
2563 Drayton Rd
Montezuma, GA  31063


Quantum Servicing Corporation
6302 E. Martin Luther King Blvd
Suite 310
Tampa,  FL  33619


Regions Bank
515 Atlanta Road
Cumming,  GA  30040


Regions Bank
Attn:  Laurie Popwell
1745 Peachtree St. NE Suite D
Atlanta,  GA  30309


Regions Bank
P. O. Box 110
Hattiesburg,  MS  39403


Regions Bank
P. O. Box 12926
Birmingham, AL  35202

Regions Bankcard
2050 Parkway Office Circle
Hoover, AL  35244


Regions Bankcard
2050 Parkway Office Circle
Hoover, AL  35244


Regions/AMS
P.O. Box 11007
Birmingham, AL  35288


Resurgens Orthopedics
P. O. Box 720580
Atlanta,  GA  30358


Roger Bailey
2154 Misty Rock Cove
Dacula,  GA  30019


Roger Bailey
2154 Misty Rock Cove
Dacula,  GA  30019


Rozar's Trucking
c/o G Squared Funding, LLC
690 Village Trace NE
Bldg 21, Suite 2120
Marietta,  GA  30067


RREF RB II Acquisitions, LLC
700 NW 107th Avenue
Suite 200
Miami,  FL  33172


RS Cargo Express
7710-T Cherry Park Drive
Suite 368
Houston, TX  77095

Samuel R. Arden
Hartman, Simons & Wood, LLP
6400 Powers Ferry Road, NW
Suite 400
Atlanta, GA 30339


Sibic Trucking
8206 Gravols Rd
St. Louis, MO 63123


Silva's Express
127 Summit St, Unit #1
Peabody, MA 01960


SNI Logistics
4841 Lewis Rd
Stone Mountain, GA 30083


Spalding Enterprises, LLC
420 Walmart Way
Suite B-360
Dahlonega, GA 30533


Sterling Commercial Credit
P. O. Box 602630
Charlotte, NC 28260


Super Logistics
9299 W. Olive Ave
Suite 507
Peorria, AZ 85345


The Law Offices of Mitchell D. Bluhm
222 Texoma Parkway, Suite 160
Sherman, TX 75090


Trailer & Mobile Services
P.O. Box 602
Conley, GA 30288


Transportation Alliance Bank
P.O. Box 150751
Ogden, UT 84415

Triple O Relocation
706 Trigg Lake Ct
Stone Mountain, GA   30087


Upstate Trucking
P. O. Box 60252
Rochester, NY   14606


Warren Averett
2500 Acton Road
Birmingham, AL   35243


Warren Averett
Six Concourse Parkway
Suite 600
Atlanta,  GA   30328


Weiss, Spencer & Levin
6191 W. Atlantic Blvd Suite 8
Margate,  FL   33063


West Motor Freight
P.O. Box 380
Pottsville, PA   17901


William Scotsman
c/o Benuck & Rainey
P.O. Box 548
Durham, NH   03824


Worldwide Equipment of WV
P. O. Box 171
Jane Lew, WV   26378


Xpress Lines, LLC
P. O. Box 574
Galloway, OH   43119