**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re  David Joe Papp & Mary Margaret Papp                     Case No.  15-21456
            **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br><br>6020 Summer Circle<br>Dawsonville, GA  30534<br>built 1997<br>bought lot for approximately $80,000 | JTWROS | J | 230,000.00 | 150,234.00 |
| | | Total ▷ | 230,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:27 - 31381-301X-***** - PDF-XChange 4.0

**B6B (Official Form 6B) (12/07)**

In re  David Joe Papp & Mary Margaret Papp _____     Case No.  15-21456 _____
                          **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | C&S Bank checking account value as of 7/20/15 | J | 443.00 |
| | | C&S Bank savings account value as of 7/20/15 | J | 51.00 |
| | | C&S bank accounts with children (3) 3 accounts joint with their children (2 checking; 1 savings) value as of 7/20/15 | J | 124.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture Electronics Appliances | J J J | 3,000.00 600.00 900.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing Clothing | H W | 50.00 150.00 |
| 7.  Furs and jewelry. | | Jewelry Jewelry | H W | 200.00 2,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Firearms | H | 800.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:27 - 31381-301X-***** - PDF-XChange 4.0

In re   David Joe Papp & Mary Margaret Papp                          Case No.   15-21456
                    **Debtor**                                                              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Two Life insurance policies Term | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA value as of 5/31/15 | W | 33,975.00 |
| | | IRA value as of 5/31/15 | W | 18,772.00 |
| | | IRA value as of 5/31/15 | H | 5,783.00 |
| | | IRA value as of 5/31/15 | H | 7,109.00 |
| | | IRA value as of 5/31/15 | J | 10,044.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Southern Warehouse & Distribution, LLC wife owns 51%; Roger Bailey owns 49% insolvent | J | 0.00 |
| | | Southern Performance Brokerage, LLC insolvent | J | 0.00 |
| | | Straw Boss Enterprises, Inc. insolvent | J | 0.00 |
| | | Southern Performance Enterprises, Inc. | J | 0.00 |

In re   David Joe Papp & Mary Margaret Papp     Case No.   15-21456
         Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | insolvent | | |
| | | Alcar Adventures, Inc. insolvent | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 12' Trailer<br>1991 Toyota Truck<br>2006 Ford F150 Truck<br>2006 Ford Expedition | J<br>J<br>H<br>H | 150.00<br>300.00<br>13,125.00<br>4,225.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:27 - 31381-301X-***** - PDF-XChange 4.0

In re   David Joe Papp & Mary Margaret Papp                    Case No.   15-21456
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2002 Honda Accord | W | 2,275.00 |
| | | 1999 Toyota Tacoma | W | 2,775.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer/Printer | J | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Lawn Equipment | J | 200.00 |
| | | Riding Lawnmower | J | 250.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog and Cat | J | 10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    0       continuation sheets attached      Total    $    107,931.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re __David Joe Papp & Mary Margaret Papp__          Case No. __15-21456__
          **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                     ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                          $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | (Husb)OCGA §44-13-100(a)(1)<br>(Wife)OCGA §44-13-100(a)(1) | 11,500.00<br>20,350.00 | 230,000.00 |
| Cash | (Husb)OCGA §44-13-100(a)(6) | 20.00 | 20.00 |
| C&S Bank checking account | (Husb)OCGA §44-13-100(a)(6) | 443.00 | 443.00 |
| C&S Bank savings account | (Husb)OCGA §44-13-100(a)(6) | 51.00 | 51.00 |
| C&S bank accounts with children (3) | (Husb)OCGA §44-13-100(a)(6) | 124.00 | 124.00 |
| Furniture | (Husb)OCGA §44-13-100(a)(4)<br>(Wife)OCGA §44-13-100(a)(4) | 1,500.00<br>1,500.00 | 3,000.00 |
| Electronics | (Husb)OCGA §44-13-100(a)(4)<br>(Wife)OCGA §44-13-100(a)(4) | 300.00<br>300.00 | 600.00 |
| Appliances | (Husb)OCGA §44-13-100(a)(4)<br>(Wife)OCGA §44-13-100(a)(4) | 450.00<br>450.00 | 900.00 |
| Clothing | (Husb)OCGA §44-13-100(a)(4) | 50.00 | 50.00 |
| Clothing | (Wife)OCGA §44-13-100(a)(4) | 150.00 | 150.00 |
| Jewelry | (Husb)OCGA §44-13-100(a)(5) | 500.00 | 200.00 |
| Jewelry | (Wife)OCGA §44-13-100(a)(1)<br>(Wife)OCGA §44-13-100(a)(5)<br>(Wife)OCGA §44-13-100(a)(6) | 800.00<br>500.00<br>1,200.00 | 2,500.00 |
| Firearms | (Husb)OCGA §44-13-100(a)(4) | 800.00 | 800.00 |
| 12' Trailer | (Wife)OCGA §44-13-100(a)(4) | 150.00 | 150.00 |
| 1991 Toyota  Truck | (Wife)OCGA §44-13-100(a)(3) | 300.00 | 300.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:27 - 31381-301X-**** - PDF-XChange 4.0

B6C (Official Form 6C) (04/13) – Cont.

In re    David Joe Papp & Mary Margaret Papp          Case No.    15-21456
_____            _____
              **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2006 Ford F150 Truck | (Husb)OCGA §44-13-100(a)(1)<br>(Husb)OCGA §44-13-100(a)(3)<br>(Husb)OCGA §44-13-100(a)(6) | 10,000.00<br>1,250.00<br>560.00 | 13,125.00 |
| 2006 Ford Expedition | (Husb)OCGA §44-13-100(a)(3) | 3,750.00 | 4,225.00 |
| 2002 Honda Accord | (Wife)OCGA §44-13-100(a)(3) | 2,275.00 | 2,275.00 |
| 1999 Toyota Tacoma | (Wife)OCGA §44-13-100(a)(1)<br>(Wife)OCGA §44-13-100(a)(3) | 350.00<br>2,425.00 | 2,775.00 |
| IRA | (Wife)OCGA §44-13-100(a)(2.1)(D) | 33,975.00 | 33,975.00 |
| IRA | (Wife)OCGA §44-13-100(a)(2.1)(D) | 18,772.00 | 18,772.00 |
| IRA | (Husb)OCGA §44-13-100(a)(2.1)(D) | 5,783.00 | 5,783.00 |
| IRA | (Husb)OCGA §44-13-100(a)(2.1)(D) | 7,109.00 | 7,109.00 |
| Computer/Printer | (Wife)OCGA §44-13-100(a)(4) | 100.00 | 100.00 |
| Lawn Equipment | (Husb)OCGA §44-13-100(a)(4)<br>(Wife)OCGA §44-13-100(a)(4) | 100.00<br>100.00 | 200.00 |
| Riding Lawnmower | (Husb)OCGA §44-13-100(a)(4)<br>(Wife)OCGA §44-13-100(a)(4) | 125.00<br>125.00 | 250.00 |
| Dog and Cat | (Wife)OCGA §44-13-100(a)(4) | 10.00 | 10.00 |
| IRA | (Husb)OCGA §44-13-100(a)(2.1)(D) | 10,044.00 | 10,044.00 |
|  | Total exemptions claimed: | 138,291.00 |  |

**B6D (Official Form 6D) (12/07)**

In re ___David Joe Papp & Mary Margaret Papp___,    Case No __5-21456__
                          **Debtor**                                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | | H | Lien: judgment lien<br>Security: Residence<br><br><br>VALUE $     230,000.00 | | | | 8,865.00 | 0.00 |
| ACCOUNT NO.<br><br>Forsyth County Tax Commissioner<br>1092 Tribble Gap Road<br>Cumming, GA 30040 | | H | Lien: judgment lien<br>Security: Residence<br><br><br>VALUE $     230,000.00 | | | | 880.00 | 0.00 |
| ACCOUNT NO.<br><br>Regions Bank<br>P. O. Box 110<br>Hattiesburg, MS 39403 | | J | Lien: First Mortgage<br>Security: Residence<br><br><br>VALUE $     230,000.00 | | | | 130,084.00 | 0.00 |

___1___ continuation sheets attached

Subtotal ▷    $  139,829.00    $     0.00
(Total of this page)

Total ▷    $         $
(Use only on last page)

(Report also on    (If applicable, report
Summary of Schedules)    also on Statistical
Summary of Certain
Liabilities and Related
Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re    David Joe Papp & Mary Margaret Papp                ,        Case No.    15-21456

                  **Debtor**                                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Regions/AMS<br>P.O. Box 11007<br>Birmingham, AL 35288 | | J | Lien: Second Mortgage<br>Security: Residence<br><br>VALUE $          230,000.00 | | | | 10,405.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |

Sheet no.  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s)<br>(Total(s) of this page) | $  10,405.00 | $  0.00 |
|---|---|---|---|
|  | Total(s)<br>(Use only on last page) | $  150,234.00 | $  0.00 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:27 - 311381-301X-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13)**

In re _David Joe Papp & Mary Margaret Papp_____,    Case No._____15-21456_____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

　　　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　　　Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐　　**Domestic Support Obligations**

　　　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐　　**Extensions of credit in an involuntary case**

　　　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐　　**Wages, salaries, and commissions**

　　　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐　　**Contributions to employee benefit plans**

　　　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-893 - Monday, July 27, 2015, at 16:40:27 - 31381-301X***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re David Joe Papp & Mary Margaret Papp                         ,        Case No. 15-21456
_____         _____
          Debtor                                                                          (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____4____ **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:27 - 31381-301X***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re David Joe Papp & Mary Margaret Papp          ,    Case No. 15-21456 _____

    Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dawson County Tax Commissioner 25 Justice Way, Suite 1222 Dawsonville, GA 30534 | | W | Consideration: real estate taxes on property owned by Alcar Adventures, Inc. | | | X | 4,988.00 | 0.00 | 4,988.00 |
| ACCOUNT NO. Forsyth County Tax Commissioner 1092 Tribble Gap Road Cumming, GA 30040 | | | Consideration: real estate taxes | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Forsyth County Tax Commissioner 1092 Tribble Gap Road Cumming, GA 30040 | | | Consideration: ad valorem | | | X | 1,000.00 | 0.00 | 1,000.00 |
| ACCOUNT NO. Georgia Dept. of Revenue P.O. Box 161108 Atlanta, GA 30321 | | J | Consideration: 2011 and 2012 income taxes | | | X | 12,584.00 | 0.00 | 12,584.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 18,572.00 | $ 0.00 | $ 18,572.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

In re David Joe Papp & Mary Margaret Papp_____,    Case No. 15-21456_____
_____Debtor_____                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Georgia Dept. of Revenue P.O. Box 161108 Atlanta, GA 30321 | | | Consideration: 2014 income taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. Georgia Dept. of Revenue P.O. Box 161108 Atlanta, GA 30321 | | W | Consideration: 2011 income tax business debt | | | | 47.00 | 0.00 | 47.00 |
| ACCOUNT NO. Internal Revenue Service ACS Support - Stop 813G P. O. Box 145566 Cincinnati, OH 45250 | | J | Consideration: 1120 taxes alternate address; business debt | | | | 4,700.00 | 0.00 | 4,700.00 |
| ACCOUNT NO. Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | J | Consideration: 2011 and 2012 income taxes | | | X | 9,734.00 | 9,734.00 | 0.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 14,481.00 | $ 9,734.00 | $ 4,747.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re David Joe Papp & Mary Margaret Papp_____,    Case No. 15-21456_____

Debtor    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | | Consideration: 2014 income taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.  Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | J | Consideration: 1120 taxes business debt | | | | 2,344.00 | 0.00 | 2,344.00 |
| ACCOUNT NO.  Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | J | Consideration: 1120 taxes business debt | | | | 2,342.00 | 0.00 | 2,342.00 |
| ACCOUNT NO.  Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | J | Consideration: Form 1065 2013 business debt | | | | 390.00 | 0.00 | 390.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢ (Totals of this page)    $ 5,076.00    $ 0.00    $ 5,076.00

Total ➢ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re David Joe Papp & Mary Margaret Papp_____,   Case No. 15-21456_____
                          **Debtor**                                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | J | Consideration: heavy duty road tax 2011 business debt | | | | 1,260.00 | 0.00 | 1,260.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | J | Consideration: heavy duty road tax 2012 business debt | | | | 363.00 | 0.00 | 363.00 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ⮞<br>(Totals of this page) | $ 1,623.00 | $ 0.00 | $ 1,623.00 |
| Total ⮞<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 39,752.00 | | |
| Totals ⮞<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 9,734.00 | $ 30,018.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07)**

In re __David Joe Papp & Mary Margaret Papp__ ,                     Case No. ___15-21456___
_____Debtor_____                                                          _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>2K Transportation<br>592 Creek Valley Ct<br>Stockbridge, GA 30281 | | J | Consideration: business debt | | | | 5,275.00 |
| ACCOUNT NO.<br><br>3D Recreation, LLC<br>10142 Brooks School Rd<br>Suite 196/200<br>Fishers, IN 46037 | | J | Consideration: business debt | | | | 1,165.00 |
| ACCOUNT NO.<br><br>A&R Express<br>12645 Tierra Coral Ct<br>El Paso, TX 79938 | | J | Consideration: business debt | | | | 550.00 |
| ACCOUNT NO.<br><br>AA Cargo Express<br>2821 Mountberry Dr<br>Snellville, GA 30039 | | J | Consideration: business debt | | | | 1,500.00 |

____23____ continuation sheets attached

Subtotal ▷ $ 8,490.00

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-*****  - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  David Joe Papp & Mary Margaret Papp                    ,        Case No.    15-21456
_____        _____
**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AA&TA<br>828 Hampton Way<br>Canton,  GA  30115 | | J | Consideration: business debt | | | | 2,600.00 |
| ACCOUNT NO.<br>Advance Business Capital<br>P. O. Box 610028<br>Dallas, TX  75261 | | J | Consideration: business debt | | | | 2,350.00 |
| ACCOUNT NO.<br>Allway Express<br>4616 PVT Rd 5123<br>Willow Springs, MO  65793 | | J | Consideration: business debt | | | | 1,140.00 |
| ACCOUNT NO.<br>American Coradius Int'l LLC<br>2420 Sweet Home Rd, Suite 150<br>Amherst, NY  14228-2244 | | J | Consideration: collection agency for Citibank<br>business debt | | | | 16,498.00 |
| ACCOUNT NO.<br>American Insterstate Ins. Co.<br>P. O. Box 1570<br>Derrider, LA  70634 | | J | Consideration: business debt | | | | 1,100.00 |

Sheet no. 1 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $    23,688.00

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re David Joe Papp & Mary Margaret Papp _____,     Case No. ___15-21456_____
   **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Medical Response<br>1901 W. 10th St.<br>Antioch, CA  94509 | | J | Consideration: Medical Services | | | | 635.00 |
| ACCOUNT NO.<br>Amsher Receivables Mgmt<br>600 Beacon Pkwy West<br>Suite 300<br>Birmingham, AL  35209 | | J | Consideration: collection agency for Gifford Hillegass<br>business debt | | | | 17,320.00 |
| ACCOUNT NO.<br>Amway Transport<br>2100 S. Great Southwest Pkwy<br>Suite 308<br>Grand Prairie, TX  75051 | | J | Consideration: business debt | | | | 1,900.00 |
| ACCOUNT NO.<br>Anderson, McCoy & Orta PC<br>100 North Broadway, Suite 2600<br>Oklahoma City, OK  73102 | | | Consideration: Attorneys for RREF RB II Acquistions, LLC<br>business debt | | | | Notice Only |
| ACCOUNT NO.<br>Apex Capital Corp<br>P. O. Box 961029<br>Ft. Worth, TX  76161 | | J | Consideration: business debt | | | | 500.00 |

Sheet no. _2_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        20,355.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-S-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re David Joe Papp & Mary Margaret Papp _____ ,      Case No. 15-21456 _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

<div style="writing-mode: vertical-lr">Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X***** - PDF-XChange 4.0</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Apex Capital Group <br> P. O. Box 961029 <br> Ft. Worth, TX  76161 | | J | Consideration: business debt | | | | 450.00 |
| ACCOUNT NO. <br><br> Apex Capital Group <br> P. O. Box 961029 <br> Ft. Worth, TX  76161 | | J | Consideration: business debt | | | | 925.00 |
| ACCOUNT NO. <br><br> Arthur Express <br> 10352 Lake Bluff Dr <br> St. Louis, MO  63123 | | J | Consideration: business debt | | | | 400.00 |
| ACCOUNT NO. <br><br> AST Inc of Illinois <br> 745 Birginal Dr Suite E <br> Bensenville, IL  60106 | | J | Consideration: business debt | | | | 950.00 |
| ACCOUNT NO. <br><br> ATIC Enterprises <br> 130 Dishman Lane <br> Bowling Green, KY  42101 | | J | Consideration: business debt | | | | 800.00 |

Sheet no. 3 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  3,525.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  David Joe Papp & Mary Margaret Papp                    ,     Case No.  15-21456
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ATL Worldwide LLC<br>P. O. Box 492852<br>Lawrenceville, GA 30049 | | J | Consideration: business debt | | | | 1,100.00 |
| ACCOUNT NO.<br><br>Atlanta Tire Specialist<br>75 Pinyon Rd<br>Covington, GA 30016 | | J | Consideration: business debt | | | | 7,200.00 |
| ACCOUNT NO.<br><br>Atlanta Transit<br>c/o AR & Collections<br>P. O. Box 27405<br>Salt Lake City, UT 84127 | | J | Consideration: business debt | | | | 1,500.00 |
| ACCOUNT NO.<br><br>Bald Ridge Marina<br>P. O. Box 836<br>Cumming, GA 30028 | | J | Consideration: dock fees | | | X | 4,800.00 |
| ACCOUNT NO.<br><br>Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | | J | Consideration: deficiency balance | | | | 75,564.00 |

Sheet no. __4__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  90,164.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   David Joe Papp & Mary Margaret Papp                ,        Case No.   15-21456
_____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of America<br>P.O. Box 21846<br>Greensboro, NC  27420 | | | Consideration: alternate address | | | | Notice Only |
| ACCOUNT NO.<br><br>Bank of America<br>P.O. Box 2284<br>Brea, CA  92822 | | | Consideration: alternate address | | | | Notice Only |
| ACCOUNT NO.<br><br>Bay Area Credit Service<br>P. O. Box 467600<br>Atlanta, GA  31146 | | | Consideration: collection agency for American Medical Response | | | X | 650.00 |
| ACCOUNT NO.<br><br>BCP Transportation<br>One Golf Drive<br>Deerfield, WI  53531 | | J | Consideration: business debt | | | | 1,200.00 |
| ACCOUNT NO.<br><br>Bentex Services<br>P. O. Box 111807<br>Nashville, TN  37222 | | J | Consideration: business debt | | | | 400.00 |

Sheet no.  5  of 23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $   2,250.00

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-S-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re David Joe Papp & Mary Margaret Papp _____ ,    Case No. 15-21456 _____
                                **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brent McCaghren Transport<br>855 Lovvorn Mill Rd<br>Bowden, GA  30108 | | J | Consideration: business debt | | | | 400.00 |
| ACCOUNT NO.<br><br>Capital One<br>P. O. Box 30281<br>Salt Lake City, UT  84130 | | H | Consideration: Credit card debt<br>business debt | | | | 4,615.00 |
| ACCOUNT NO.<br><br>Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT  84130 | | H | Consideration: Credit card debt<br>business debt | | | | 8,865.00 |
| ACCOUNT NO.<br><br>Capital Partners Funding, LLC<br>dba Freight Capital<br>P. O. Box 2642<br>Carlsbad, CA  92018 | | J | Consideration: business debt | | | | 1,000.00 |
| ACCOUNT NO.<br><br>CBA of Georgia Inc<br>64 Sailors Drive Suite 102<br>Ellijay, GA  30540 | | H | Consideration: collection agency for Joel E. Schancupp | | | X | 87.00 |

Sheet no. 6 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 14,967.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  David Joe Papp & Mary Margaret Papp_____,        Case No.  15-21456_____
                    **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chase Card Services<br>P. O. Box 15298<br>Wilmington, DE 19850 | | H | Consideration: Credit card debt<br>business debt | | | | 22,671.00 |
| ACCOUNT NO.<br><br>Chase Card Services<br>P. O. Box 15298<br>Wilmington, DE 19850 | | W | Consideration: Credit card debt | | | | 11,218.00 |
| ACCOUNT NO.<br><br>Children's Healthcare of Atlanta<br>P.O. Box 3475<br>Toledo, OH 43607 | | J | Consideration: Medical Services | | | X | 150.00 |
| ACCOUNT NO.<br><br>Citi Cards/Citibank<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | | W | Consideration: Credit card debt<br>business debt | | | | 16,498.00 |
| ACCOUNT NO.<br><br>Citi Cards/Citibank<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | | J | Consideration: Credit card debt | | | | 9,559.00 |

Sheet no. __7__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  60,096.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp_____,          Case No.   15-21456_____
                 **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clayton D. Moseley<br>Frederick J. Hanna & Associates<br>1427 Roswell Road<br>Marietta, GA 30062 | | | Consideration: attorney for Capital One Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Collection Services of Athens<br>110 Newton Bridge Rd<br>Bldg A<br>Athens, GA 30607 | | W | Consideration: collection agency for Gainesville Radiology | | | X | 175.00 |
| ACCOUNT NO.<br><br>Complexity, Inc.<br>9756 Ivanhoe Ave<br>Schiller Park, IL 60176 | | J | Consideration: business debt | | | | 3,150.00 |
| ACCOUNT NO.<br><br>Crestmark TPG LLC<br>P. O. Box 782348<br>Franklin, TN 37068-2348 | | J | Consideration: business debt | | | | 2,400.00 |
| ACCOUNT NO.<br><br>Czosmar Trucking<br>9105 S. Roberts Rd<br>Apt. 3B<br>Hickory Hills, IL 60457 | | J | Consideration: business debt | | | | 1,736.00 |

Sheet no. 8 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  7,461.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re David Joe Papp & Mary Margaret Papp                ,        Case No.    15-21456
_____        _____
                    **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dean and Diane Pricket<br>2563 Drayton Rd<br>Montezuma, GA 31063 | | J | Consideration: business debt | | | X | 7,500.00 |
| ACCOUNT NO.<br>Delta Transport<br>8978 Radiom Dr<br>St. Louis, MO 63123 | | J | Consideration: business debt | | | | 500.00 |
| ACCOUNT NO.<br>Diesel Transportation, LLC<br>4514 Chamblee-Dunwoody Rd<br>Suite 451<br>Atlanta, GA 30338 | | J | Consideration: business debt | X | X | X | 2,350.00 |
| ACCOUNT NO.<br>Downey Trees, Inc.<br>5055 Shadburn Rd<br>Cumming, GA 30041 | | J | Consideration: business debt | | | | 4,135.00 |
| ACCOUNT NO.<br>E-Transport Carriers<br>Dept. 0591<br>P. O. Box 850001<br>Orlando, FL 32885 | | J | Consideration: business debt | | | | 2,900.00 |

Sheet no. 9 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    17,385.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re David Joe Papp & Mary Margaret Papp _____ ,     Case No. 15-21456 _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Emory University Hospital Midtown 4901 Olde Town Parkway Suite 150 Marietta, GA 30068 | | J | Consideration: Medical Services | | X | | 250.00 |
| ACCOUNT NO. Emory University Hospital Midtown P. O. Box 2265 Norcross, GA 30091 | | J | Consideration: Medical Services | | | | 150.00 |
| ACCOUNT NO. EMS Ventures, Inc. P. O. Box 911203 Dallas, TX 75391 | | J | Consideration: Medical Services | | X | X | 650.00 |
| ACCOUNT NO. Fast-Track Cargo 1440 S. Michigan Ave Suite 412 Chicago, IL 60605 | | J | Consideration: business debt | | | | 1,675.00 |
| ACCOUNT NO. Financial Corporation of America P. O. Box 203500 Austin, TX 78720 | | J | Consideration: collection agency for Emory Johns Creek | | X | X | 250.00 |

Sheet no. 10 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 2,975.00
Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp              ,        Case No.   15-21456

_____

Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fishka<br>11770 Haynes Bridge Road<br>Suite 205-317<br>Alpharetta, GA 30009 | | J | Consideration: business debt | | | | 1,400.00 |
| ACCOUNT NO.<br><br>Fleet One Factoring<br>P.O. Box 102970<br>Atlanta, GA 30368 | | J | Consideration: business debt | | | | 650.00 |
| ACCOUNT NO.<br><br>Gainesville Radiology Group<br>1250 Jesse Jewell Pkwy<br>Suite 500<br>Gainesville, GA 30501 | | W | Consideration: medical debt | | | X | 175.00 |
| ACCOUNT NO.<br><br>Gifford, Hillegass & Ingwersen PC<br>nka Warren Averett<br>Six Concourse Parkway<br>Suite 600<br>Atlanta, GA 30328 | | J | Consideration: business debt | | X | | 24,500.00 |
| ACCOUNT NO.<br><br>Graceful Touch Carriers<br>P.O. Box 459<br>Redan, GA 30074 | | J | Consideration: business debt | | | | 625.00 |

Sheet no. 11 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   27,350.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___David Joe Papp & Mary Margaret Papp_____,      Case No. ___15-21456_____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> GTS <br> 2750 Winter Park Ct <br> Houston, TX 77067 | | J | Consideration: business debt | | | | 400.00 |
| ACCOUNT NO. <br> GTS Transportation <br> 671 Executive Dr <br> Willowbrook, IL 60527 | | J | Consideration: business debt | | | | 1,500.00 |
| ACCOUNT NO. <br> Haas Express <br> 595 E. Gundersen Drive #503 <br> Carol Stream, IL 60188 | | J | Consideration: business debt | | | | 650.00 |
| ACCOUNT NO. <br> JDB Trucking <br> 900 Sweet Mill Lane <br> Lawrenceville, GA 30045 | | J | Consideration: business debt | | | | 1,000.00 |
| ACCOUNT NO. <br> Joel E. Schancupp <br> 1360 Upper Hembree Road, Suite 200 <br> Roswell, GA 30076 | | H | Consideration: medical debt | | | X | 87.00 |

Sheet no. _12_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷　$　　3,637.00

Total▷　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp                ,            Case No.    15-21456
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Katherine M. Silverman<br>Hartman, Simons & Wood, LLP<br>6400 Powers Ferry Road, NW<br>Suite 400<br>Atlanta, GA 30339 | | | Consideration: attorney for RREF RB SBL II Acquistions, LLC | | | | Notice Only |
| ACCOUNT NO.<br>Kings of Kings Trucking<br>1117 Lakehill Rd<br>Charlotte, NC 28214 | | J | Consideration: business debt | | | | 625.00 |
| ACCOUNT NO.<br>Koli Transport<br>P. O. Box 961029<br>Ft. Worth, TX 76161 | | J | Consideration: business debt | | | | 600.00 |
| ACCOUNT NO.<br>Kose Carriers<br>c/o Apex Capital<br>P. O. Box 961029<br>Ft. Worth, TX 76161 | | J | Consideration: business debt | | | | 1,000.00 |
| ACCOUNT NO.<br>LD Express<br>c/o Riviera Finance<br>P. O. Box 202487<br>Dallas, TX 75320 | | J | Consideration: business debt | | | | 1,000.00 |

Sheet no. 13 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷    $    3,225.00

Total▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __David Joe Papp & Mary Margaret Papp_____,     Case No. ___15-21456_____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Liberty Express<br>P. O. Box 888<br>Granite Falls, NC  28630 | | J | Consideration: business debt | | | | 4,000.00 |
| ACCOUNT NO.<br><br>MCR Trans<br>c/o Compass Funding Solutions, LLC<br>P. O. Box 150591<br>Ogden, UT  84415 | | J | Consideration: business debt | | | | 1,000.00 |
| ACCOUNT NO.<br><br>Medallion Transport<br>307 Oates Rd, Suite H<br>Mooresville, NC  28117 | | J | Consideration: business debt | | | | 450.00 |
| ACCOUNT NO.<br><br>Medical Data Systems, Inc.<br>2001 9th Ave Suite 312<br>Vero Beach, FL 32960 | | W | Consideration: collection agency for NEGMC | | | | 976.00 |
| ACCOUNT NO.<br><br>Medical Review Services<br>P.O. Box 938<br>Vero Beach,  FL 32961 | | J | Consideration: collection agency for NEGMC | | | X | 976.00 |

Sheet no. __14__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 　7,402.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   David Joe Papp & Mary Margaret Papp                ,          Case No.   15-21456
            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MHC Kenworth - Charlotte <br> 230 E. Westinghouse Blvd <br> Charlotte, NC  28273 | | J | Consideration: business debt | | | | 6,968.00 |
| ACCOUNT NO. <br><br> Morgan Southern <br> Howe Law Firm PC <br> 4385 Kimball Bridge Rd, Suite 100 <br> Alpharetta, GA  30022 | | J | Consideration: business debt | | | | 2,200.00 |
| ACCOUNT NO. <br><br> MT Transport <br> P. O. Box 14134 <br> Augusta, GA  30919 | | J | Consideration: business debt | | | | 625.00 |
| ACCOUNT NO. <br><br> National Bankers Trust <br> P. O. Box 1752 <br> Memphis, TN  38101 | | J | Consideration: business debt | | | | 5,275.00 |
| ACCOUNT NO. <br><br> NCO Financial Systems <br> 507 Prudential Road <br> Horsham, PA  19044 | | | Consideration: collection agency for Chase Bank <br> business debt | | | | 22,671.00 |

Sheet no.  15  of  23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $       37,739.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  David Joe Papp & Mary Margaret Papp              ,        Case No.    15-21456
              **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NLK, LLC<br>1129 College St.<br>Bowling Green, KY  42101 | | J | Consideration: business debt | | | | 1,400.00 |
| ACCOUNT NO.<br><br>North American Transport Services<br>7550 W. 2nd Ct<br>Hialeah,  FL  33014 | | J | Consideration: business debt | | | | 2,400.00 |
| ACCOUNT NO.<br><br>Northeast Georgia Medical Center<br>P.O. Box 741891<br>Atlanta,  GA  30374 | | W | Consideration: medical debt | | | X | 976.00 |
| ACCOUNT NO.<br><br>Orange Commercial Credit<br>P. O. Box 11099<br>Olympia, WA  98508 | | J | Consideration: business debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Patterson Freight<br>c/o Rauch-Milliken International<br>P.O. Box 8390<br>Metarie, LA  70011 | | J | Consideration: business debt | | | | 1,125.00 |

Sheet no.  16  of 23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $     5,901.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp                ,          Case No.   15-21456
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Preferred Transport<br>P. O. Box 44223<br>Atlanta, GA 30336 | | J | Consideration: business debt | | | | 1,600.00 |
| ACCOUNT NO.<br><br>Pro Express SAS<br>3331 Emerson St.<br>Franklin Park, IL 60131 | | J | Consideration: business debt | | | | 1,000.00 |
| ACCOUNT NO.<br><br>Quality Hay & Straw<br>2563 Drayton Rd<br>Montezuma, GA 31063 | | J | Consideration: business debt | | X | X | 7,500.00 |
| ACCOUNT NO.<br><br>Quantum Servicing Corporation<br>6302 E. Martin Luther King Blvd<br>Suite 310<br>Tampa, FL 33619 | | J | Consideration: business debt | | X | | 900,000.00 |
| ACCOUNT NO.<br><br>Regions Bank<br>515 Atlanta Road<br>Cumming, GA 30040 | | J | Consideration: business debt<br>alternate address | | | | Notice Only |

Sheet no. 17 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $   910,100.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-8893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp                    ,          Case No.    15-21456
_____                              _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Regions Bank<br>Attn: Laurie Popwell<br>1745 Peachtree St. NE Suite D<br>Atlanta, GA 30309 | | J | Consideration: business debt<br>alternate address | | | | Notice Only |
| ACCOUNT NO.<br><br>Regions Bank<br>P. O. Box 12926<br>Birmingham, AL 35202 | | J | Consideration: business debt<br>same debts as Quantum Servicing Corporation | | | | 900,000.00 |
| ACCOUNT NO.<br><br>Regions Bankcard<br>2050 Parkway Office Circle<br>Hoover, AL 35244 | | H | Consideration: Credit card debt | | | | 100.00 |
| ACCOUNT NO.<br><br>Regions Bankcard<br>2050 Parkway Office Circle<br>Hoover, AL 35244 | | W | Consideration: Credit card debt | | | | 100.00 |
| ACCOUNT NO.<br><br>Resurgens Orthopedics<br>P. O. Box 720580<br>Atlanta, GA 30358 | | | Consideration: Automobile repairs/service | | | X | 381.00 |

Sheet no. 18 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  900,581.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re David Joe Papp & Mary Margaret Papp                    ,         Case No.   15-21456
_____                        _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Roger Bailey <br> 2154 Misty Rock Cove <br> Dacula, GA 30019 | | J | Consideration: Co-liable certain business debts <br> business debt | X | X | | 500,000.00 |
| ACCOUNT NO. <br><br> Rozar's Trucking <br> c/o G Squared Funding, LLC <br> 690 Village Trace NE <br> Bldg 21, Suite 2120 <br> Marietta, GA 30067 | | J | Consideration: business debt | | | | 1,150.00 |
| ACCOUNT NO. <br><br> RREF RB II Acquisitions, LLC <br> 700 NW 107th Avenue <br> Suite 200 <br> Miami, FL 33172 | | J | Consideration: business debt <br> Assignee of Regions Bank (same debt) | | | | 900,000.00 |
| ACCOUNT NO. <br><br> RS Cargo Express <br> 7710-T Cherry Park Drive <br> Suite 368 <br> Houston, TX 77095 | | J | Consideration: business debt | | | | 400.00 |
| ACCOUNT NO. <br><br> Samuel R. Arden <br> Hartman, Simons & Wood, LLP <br> 6400 Powers Ferry Road, NW <br> Suite 400 <br> Atlanta, GA 30339 | | | Consideration: attorney for RREF RB SBL II Acquisitions, LLC | | | | Notice Only |

Sheet no. 19 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  1,401,550.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp                ,            Case No.    15-21456
_____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sibic Trucking <br> 8206 Gravols Rd <br> St. Louis, MO  63123 | | J | Consideration: business debt | | | | 450.00 |
| ACCOUNT NO. <br><br> Silva's Express <br> 127 Summit St, Unit #1 <br> Peabody, MA  01960 | | J | Consideration: business debt | | | | 2,400.00 |
| ACCOUNT NO. <br><br> SNI Logistics <br> 4841 Lewis Rd <br> Stone Mountain, GA 30083 | | J | Consideration: business debt | | X | | 2,500.00 |
| ACCOUNT NO. <br><br> Spalding Enterprises, LLC <br> 420 Walmart Way <br> Suite B-360 <br> Dahlonega,  GA  30533 | | | business debt | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Sterling Commercial Credit <br> P. O. Box 602630 <br> Charlotte, NC  28260 | | J | Consideration: business debt | | | | 625.00 |

Sheet no.  20   of 23   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    5,975.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp                    ,          Case No.   15-21456
                              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Super Logistics <br> 9299 W. Olive Ave <br> Suite 507 <br> Peorria, AZ  85345 | | J | Consideration: business debt | | | | 2,200.00 |
| ACCOUNT NO. <br><br> The Law Offices of Mitchell D. Bluhm <br> 222 Texoma Parkway, Suite 160 <br> Sherman, TX  75090 | | J | Consideration: Medical Services <br> Attorney for EMS Adventures | | | | 600.00 |
| ACCOUNT NO. <br><br> Trailer & Mobile Services <br> P.O. Box 602 <br> Conley,  GA  30288 | | J | Consideration: business debt | | | | 7,583.00 |
| ACCOUNT NO. <br><br> Transportation Alliance Bank <br> P.O. Box 150751 <br> Ogden, UT  84415 | | J | Consideration: business debt | | | | 2,400.00 |
| ACCOUNT NO. <br><br> Triple O Relocation <br> 706 Trigg Lake Ct <br> Stone Mountain, GA  30087 | | J | Consideration: business debt | | | | 700.00 |

Sheet no. __21__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  13,483.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:28 - 31381-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   David Joe Papp & Mary Margaret Papp                    ,        Case No.    15-21456
                        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Upstate Trucking<br>P. O. Box 60252<br>Rochester, NY 14606 | | J | Consideration: business debt | | | | 1,575.00 |
| ACCOUNT NO.<br><br>Warren Averett<br>2500 Acton Road<br>Birmingham, AL 35243 | | J | Consideration: business debt | | | X | 30,000.00 |
| ACCOUNT NO.<br><br>Warren Averett<br>Six Concourse Parkway<br>Suite 600<br>Atlanta, GA 30328 | | | Consideration: alternate address business debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Weiss, Spencer & Levin<br>6191 W. Atlantic Blvd Suite 8<br>Margate, FL 33063 | | J | Consideration: business debt | | | | 400.00 |
| ACCOUNT NO.<br><br>West Motor Freight<br>P.O. Box 380<br>Pottsville, PA 17901 | | J | Consideration: business debt | | | | 1,000.00 |

Sheet no. __22__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $        32,975.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:29 - 31381-301X***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  David Joe Papp & Mary Margaret Papp                ,          Case No.  15-21456
        **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> William Scotsman <br> c/o Benuck & Rainey <br> P.O. Box 548 <br> Durham, NH  03824 | | J | Consideration: business debt | | | | 3,454.00 |
| ACCOUNT NO. <br><br> Worldwide Equipment of WV <br> P. O. Box 171 <br> Jane Lew, WV  26378 | | J | Consideration: business debt | | | | 629.00 |
| ACCOUNT NO. <br><br> Xpress Lines, LLC <br> P. O. Box 574 <br> Galloway, OH  43119 | | J | Consideration: business debt | | | | 925.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. _23_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $      5,008.00

Total ▷  $    3,606,282.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-8893 - Monday, July 27, 2015, at 16:40:29 - 31381-301X***** - PDF-XChange 4.0

B6G (Official Form 6G) (12/07)

In re ___David Joe Papp & Mary Margaret Papp_____    Case No. _____15-21456_____
              **Debtor**                                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re ____David Joe Papp & Mary Margaret Papp_____    Case No. ____15-21456_____
                **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Roger Bailey<br>2154 Misty Rock Cove<br>Dacula, GA 30019 | Regions Bank<br>515 Atlanta Road<br>Cumming, GA 30040 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:29 - 31381-301X-***** - PDF-XChange 4.0

**Fill in this information to identify your case:**

Debtor 1      David Joe Papp
_First Name      Middle Name      Last Name_

Debtor 2      Mary Margaret Papp
(Spouse, if filing) _First Name      Middle Name      Last Name_

United States Bankruptcy Court for the:      Northern      District of GA

Case number      15-21456
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:      Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | Self-employed | Unemployed |
| **Employer's name** | Southern Performance Enterprises, Inc. | |
| **Employer's address** | _Number   Street_ | _Number   Street_ |
|  | _City      State   ZIP Code_ | _City      State   ZIP Code_ |
| **How long employed there?** | 6 years | |

## Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 6,391.66 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 6,391.66 | $ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:29 - 31381-301X-*****- PDF-XChange 4.0

David Joe Papp

Debtor 1 _____    Case number (if known) _____15-21456_____
 First Name        Middle Name        Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................. ➔ 4. | | $ 6,391.66 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,486.33 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: Mileage reimbursement; | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,486.33 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,905.33 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Mileage reimbursement; | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: ; | 8h. | + $ 300.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 300.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,205.33 + | $ 0.00 = | $ 5,205.33 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 5,205.33

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:    Debtor Wife seeking employment.

**Fill in this information to identify your case:**

Debtor 1    David Joe Papp
    First Name        Middle Name        Last Name

Debtor 2    Mary Margaret Papp
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Northern    District of GA

Case number    15-21456
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
    expenses as of the following date:
    _____
    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.
    ☒ Yes. **Does Debtor 2 live in a separate household?**

        ☒ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**        ☐ No

    Do not list Debtor 1 and    ☒ Yes. Fill out this information for
    Debtor 2.                            each dependent..........................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 17 | ☐ No  ☒ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include    ☒ No
    expenses of people other than    ☐ Yes
    yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,363.00 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 150.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 11.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc. ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:30 - 31381-301X-***** - PDF-XChange 4.0

Debtor 1   David Joe Papp                                    Case number *(if known)*  15-21456

First Name       Middle Name          Last Name

|  | Your expenses |
|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 200.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 300.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 85.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 479.00 |
| 6d. | Other. Specify: ___Trash 15; Alarm 14___ | 6d. | $ 29.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 800.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 840.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 86.00 |
| 15b. | Health insurance | 15b. | $ 1,184.00 |
| 15c. | Vehicle insurance | 15c. | $ 500.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: ___IRS_____ _____ | 17c. | $ 221.00 |
| 17d. | Other. Specify: ___GA DOR_____ _____ | 17d. | $ 247.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: ___Daughter/Student_____ | 19. | $ 100.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    David Joe Papp _____    Case number *(if known)* 15-21456 _____

First Name    Middle Name    Last Name

---

21.  **Other**. Specify: Pets _____ _____    21.  **+**$ _____ 25.00

22.  **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.    22.  $ _____ 6,920.00

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____ 5,205.33

23b.  Copy your monthly expenses from line 22 above.    23b.  **−** $ _____ 6,920.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.  $ _____ -1,714.67

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.    Explain here:

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
### Northern District of Georgia

In re    David Joe Papp & Mary Margaret Papp
_____
Debtor

Case No.    15-21456

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $   230,000.00 | | |
| B – Personal Property | YES | 4 | $   107,931.00 | | |
| C –  Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $   150,234.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $   39,752.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $ 3,606,282.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $   5,205.33 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $   6,920.00 |
| **TOTAL** | | 46 | $   337,931.00 | $ 3,796,268.00 | |

# United States Bankruptcy Court

## Northern District of Georgia

| | | |
|---|---|---|
| In re | David Joe Papp & Mary Margaret Papp | Case No. ____15-21456____ |
| | Debtor | |
| | | Chapter ____7____ |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6 (Official Form 6 - Declaration) (12/07)

David Joe Papp & Mary Margaret Papp

In re _____    Case No. ___15-21456_____
**Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___48___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __07/09/2015_____    Signature: ___/s/ David Joe Papp_____
                                                                              Debtor

Date __07/09/2015_____    Signature: ___/s/ Mary Margaret Papp_____
                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                              Social Security No.
of Bankruptcy Petition Preparer                                           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
       Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                      _____
                                                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In Re  David Joe Papp & Mary Margaret Papp                                    Case No.  15-21456
                                                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2015(db) | 54575 | YTD Gross as of 6/27/15 |
| 2014(db) | 76700 | YTD Gross |
| 2013(db) | 97489 | AGI from joint tax return |
| | | |
| 2015(jdb) | 0 | |
| 2014(jdb) | 0 | |
| 2013(jdb) | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:31 - 31381-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                          2

---

**2.  Income other than from employment or operation of business**

None

☒          State the amount of income received by the debtor other than from employment, trade, profession, or operation
of the debtor's business during the two years immediately preceding the commencement of this case.   Give
particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter
12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

|   AMOUNT   |   SOURCE   |
|------------|------------|

---

**3. Payments to creditors**

None

☒     *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

---

None

☐      *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made
within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk
(*)any payments that were made to a creditor on account of a domestic support obligation or as part of an
alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|
| Regions/AMS<br>P.O. Box 11007<br>Birmingham, AL  35288 | monthly | $200 | 10,405.00 |
| Regions Bank<br>P. O. Box 110<br>Hattiesburg,  MS  39403 | monthly | $1,363 | 130,084.00 |
| Georgia Dept. of Revenue<br>P.O. Box 161108<br>Atlanta, GA  30321 | monthly | $247 | 12,584.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | monthly | $221 | 9,734.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-893 - Monday, July 27, 2015, at 16:40:31 - 31381-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                 3

---

None

☒    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or
for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Capital One Bank v. David Papp 13SC0118A | collection | | judgment June 17, 2013 |
| RREF RB SBL II Acquisitions, LLC vs. Alcar Aventures, Southern Performance Enterprises, Straw Boss Enterprises, David Mapp, and Mary Mapp Case No. 14CV-2128-1 | collection | Superior Court of Forsyth County | MSJ pending |

---

None

☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          4

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:31 - 31381-301X-***** - PDF-XChange 4.0

---

**5.   Repossessions, foreclosures and returns**

None  ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bank of America 4161 Piedmont Parkway Greensboro, NC 27410 | 3/2012 | 32' Sea Ray 320 Boat |

---

**6.   Assignments and Receiverships**

None  ☒   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None  ☒   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.   Gifts**

None  ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this
case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          5

---

**8.   Losses**

None
☒            List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

---

**9.   Payments related to debt counseling or bankruptcy**

None
☐            List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Elizabeth A. Stuhldreher<br>Law Offices of Elizabeth A.<br>Stuhldreher<br>117 1/2 Bradford St. SE, Suite 4<br>Gainesville,  GA  30501 | 7/2015 | $5,000 attorney fees plus $335 filing<br>fee |
| CC Advising | 7/2015 | $9.76 each debtor |

---

**10.   Other transfers**

None
☒       a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                               6

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:31 - 31381-301X-***** - PDF-XChange 4.0

   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| Regions Bank | | paperwork (2 boxes) | |

### 13.  Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                    7

---

**14.  Property held for another person**

None              List all property owned by another person that the debtor holds or controls.
☐

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Scott Guest, Wife's Brother | boxed personal property following a<br>move | debtors' residence |

---

**15.  Prior address of debtor**

None
☒          If the debtor has moved within the three years immediately preceding the commencement of this case, list all
premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

None
☒          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska,
Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within
eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances,
wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not
presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒          a.    List the name and address of every site for which the debtor has received notice in writing by a governmental
unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the
governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                   8

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Southern Performance Enterprises, Inc. | 06-1720454 | 6020 Summer Circle Dawsonville, GA 30534 | Transportation | formed 3/16/2004 - 2015 |
| Southern Warehouse & Distribution, LLC | 20-8887908 | 1200 Northbrook Parkway #100 Suwanee, GA 30024 | storage | formed 3/29/2007 - Present |
| Straw Boss Enterprises, Inc. | 58-2591364 | 6020 Summer Circle Dawsonville, GA 30534 | wholesale landscape & supply | formed 3/10/2000 - 2015 |
| Southern Performance Brokerage, LLC | 20-8916060 | 6020 Summer Circle Dawsonville, GA 30534 | transportation | formed 7/14/2004 - 2013 |
| Alcar Adventures, Inc. | 16-1773348 | 6020 Summer Circle Dawsonville, GA 30564 | single asset real estate | formed 8/23/2006 property surrendered to lender |

B7 (Official Form 7) (04/13)                                                                                                                 9

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

    NAME                                                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.   Books, record and financial statements**

None    a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☒      bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED

None    b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒      have audited the books of account and records, or prepared a financial statement of the debtor.

    NAME                                                ADDRESS                    DATES SERVICES RENDERED

None    c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒      of account and records of the debtor. If any of the books of account and records are not available, explain.

    NAME                                                ADDRESS

B7 (Official Form 7) (04/13)                                                                                                    10

---

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒          financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

    NAME AND ADDRESS                                    DATE
                                                         ISSUED

---

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒          taking of each inventory, and the dollar amount and basis of each inventory.

    DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                                     (Specify cost, market or other basis)

---

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒          reported in a., above.

    DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                                 INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

    NAME AND ADDRESS          NATURE OF INTEREST                PERCENTAGE OF INTEREST

---

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒          or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

    NAME AND ADDRESS                TITLE                     NATURE AND PERCENTAGE OF
                                                               STOCK OWNERSHIP

---

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒          preceding the commencement of this case.

    NAME                          ADDRESS                   DATE OF WITHDRAWAL

B7 (Official Form 7) (04/13)                                                                                                        11

_____

None          b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
⊠                  within one year immediately preceding the commencement of this case.

          NAME AND ADDRESS                              TITLE                          DATE OF TERMINATION

_____

          **23.   Withdrawals from a partnership or distribution by a corporation**

None          If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
⊠         including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
          during one year immediately preceding the commencement of this case.

          NAME & ADDRESS OF                     DATE AND PURPOSE                  AMOUNT OF MONEY OR
          RECIPIENT, RELATIONSHIP                  OF WITHDRAWAL                  DESCRIPTION AND VALUE
              TO DEBTOR                                                                OF PROPERTY

_____

          **24.   Tax Consolidation Group**

None          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
⊠         any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
          period immediately preceding the commencement of the case.

          NAME OF PARENT CORPORATION                  TAXPAYER IDENTIFICATION NUMBER (EIN)

_____

          **25.   Pension Funds**

None          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
⊠         which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
          immediately preceding the commencement of the case.

          NAME OF PENSION FUND                         TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

B7 (Official Form 7) (04/13)                                                                                                          12

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ____07/09/2015____          Signature        /s/ David Joe Papp
                                 of Debtor        _____
                                                  DAVID JOE PAPP

Date ____07/09/2015____          Signature        /s/ Mary Margaret Papp
                                 of Joint Debtor   _____
                                                  MARY MARGARET PAPP

                        ____0____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia

David Joe Papp & Mary Margaret Papp

In re _____ ,    Case No.    15-21456
                      Debtor                                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>Regions/AMS<br>P.O. Box 11007<br>Birmingham, AL  35288 | **Describe Property Securing Debt:**<br>Residence |

Property will be *(check one)*:
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>Regions Bank<br>P. O. Box 110<br>Hattiesburg, MS  39403 | **Describe Property Securing Debt:**<br>Residence |

Property will be *(check one)*:
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt          ☐ Not claimed as exempt

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-893 - Monday, July 27, 2015, at 16:40:31 - 31381-301X-***** - PDF-XChange 4.0

B8 (Official Form 8) (12/08)                                                                                          Page 2

**PART B -** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES          ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES          ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES          ☐ NO |

___1_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 07/09/2015 _____          /s/ David Joe Papp _____
                                                        Signature of Debtor

                                                        /s/ Mary Margaret Papp _____
                                                        Signature of Joint Debtor

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:31 - 31381-301X-***** - PDF-XChange 4.0

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

PART A    - Continuation

---

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT  84130 | **Describe Property Securing Debt:**<br>Residence |

Property will be   *(check one):*

☐   Surrendered          ☑  Retained

If retaining the property, I intend to    *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain   Avoid Lien 522(f) _____   (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑   Claimed as exempt                    ☐   Not claimed as exempt

---

| Property No: 4 | |
|---|---|
| **Creditor's Name:**<br>Forsyth County Tax Commissioner<br>1092 Tribble Gap Road<br>Cumming, GA  30040 | **Describe Property Securing Debt:**<br>Residence |

Property will be   *(check one):*

☐   Surrendered          ☑  Retained

If retaining the property, I intend to    *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain   Avoid Lien 522(f) _____   (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑   Claimed as exempt                    ☐   Not claimed as exempt

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27, 2015, at 16:40:31 - 31381-301X-***** - PDF-XChange 4.0

B203
12/94

# United States Bankruptcy Court
### Northern District of Georgia

In re  David Joe Papp & Mary Margaret Papp

Case No. _____15-21456_____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..........................…………………….…....... $ _____5,000.00_____

Prior to the filing of this statement I have received ........…………………........…...... $ _____5,000.00_____

Balance Due .....................................…………………………….................... $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

Debtor(s) paid filing fee of $335

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary proceeding(s); UST audit; tax matters; collection matters; non-bankruptcy matters; family law matters; credit reporting matters/issues; lawsuits pending at the time the bankruptcy was commenced; county citations; criminal matters; matters that arise post-discharge; contested matter(s) and motion(s).

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____07/09/2015_____                    _____/s/ Elizabeth A. Stuhldreher_____
*Date*                                                                    *Signature of Attorney*

                                                                     Law Offices of Elizabeth A. Stuhldreher
                                                                     *Name of law firm*

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    David Joe Papp
          First Name     Middle Name     Last Name

Debtor 2    Mary Margaret Papp
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    Northern    District of   GA
                                           (State)

Case number    15-21456
(If known)
</td></tr>
</table>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A─1

# Chapter 7 Statement of Your Current Monthly Income
                                                       12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

  ☐ **Not married.** Fill out Column A, lines 2-11.

  ☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

  ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |
| 5. **Net income from operating a business, profession, or farm**<br>Gross receipts (before all deductions)      $_____<br>Ordinary and necessary operating expenses   − $_____<br>Net monthly income from a business, profession, or farm   $_____   Copy here➔ | $_____ | $_____ |
| 6. **Net income from rental and other real property**<br>Gross receipts (before all deductions)      $_____<br>Ordinary and necessary operating expenses   − $_____<br>Net monthly income from rental or other real property   $_____   Copy here➔ | $_____ | $_____ |
| 7. **Interest, dividends, and royalties** | $_____ | $_____ |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27 2015, at 16:40:35 - 3138I-301X-***** - PDF-XChange 4.0

Debtor 1 ___David Joe Papp_____     Case number (if known) _15-21456_____
      First Name     Middle Name     Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____ | $_____ |

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: ..........................↓

For you ..................................................... $_____

For your spouse........................................ $_____

| 9. **Pension or retirement income.** Do not include any amount received that was a<br>benefit under the Social Security Act. | $_____ | $_____ |

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. _____ | $_____ | $_____ |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$_____ | +$_____ |

| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each<br>column. Then add the total for Column A to the total for Column B. | $_____ | + | $_____ | = | $_____<br>Total current monthly<br>income |

---

**Part 2:**  **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

| 12a. Copy your total current monthly income from line 11.................................................**Copy line 11 here➔** 12a. | $_____ |
|      Multiply by 12 (the number of months in a year). | x 12 |
| 12b. The result is your annual income for this part of the form. 12b. | $_____ |

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. [_____]

Fill in the number of people in your household. [_____]

| Fill in the median family income for your state and size of household. ........................................................13. | $_____ |

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This form may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
    Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
    Go to Part 3 and fill out Form 22A–2.

---

**Part 3:**  **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ /s/ David Joe Papp                              ✖  /s/ Mary Margaret Papp
Signature of Debtor 1                              Signature of Debtor 2

Date _07/09/2015_                                 Date _07/09/2015_
    MM / DD / YYYY                                   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-893 - Monday, July 27,2015, at 16:40:35 - 3138I-301X-***** - PDF-XChange 4.0

| | | | |
|---|---|---|---|
| Debtor 1 | David Joe Papp | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Mary Margaret Papp | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern    District of GA
(State)

Case number  15-21456
(If known)

☐ Check if this is an amended filing

## Official Form 22A—1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ☒ No. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes. Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☒ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☒ No. Complete Form 22A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty**.**

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 22A-1.  On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Official Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5.893 - Monday, July 27, 2015, at 16:40:36 - 3138I-301X-***** - PDF-XChange 4.0